

## ORDERED in the Southern District of Florida on April 8, 2021.

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 17-20926-SMG |
| FRANCISCO M. JIMENEZ, | Chapter 7 |
| Debtor. _____/ | |
| SUSAN JOHNSON and STEVEN JOHNSON, | Adv. Case No.: 18–01101-SMG |
| Plaintiffs, | |
| v. | |
| FRANCISCO M. JIMENEZ, | |
| Defendant. _____/ | |

### ORDER DENYING MOTION FOR PROTECTIVE ORDER
### BY THIRD PARTY DEPONENT REX E. RUSSO [ECF 224]

THIS MATTER came before the Court on April 7, 2021 at 9:30 a.m. on the Motion for Protective Order (the "Motion") by Third Party Deponent Rex E. Russo ("Mr. Russo") [ECF 224],

and the Court, having reviewed the Motion and having heard the argument of counsel,

ORDERS

1.     The Motion is DENIED, for the reasons stated on the record.

2.     Mr. Russo shall serve a response to the Subpoena issued by the Johnsons that was the subject of the Motion within seven (7) days of the date of this Order.

# # #

Submitted by:
G. STEVEN FENDER, ESQ.
Florida Bar No. 060992
Attorney for Steven and Susan Johnson
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

Mr. Fender is instructed to serve copies of this Order on all parties in interest and to file a certificate of service that he has done so.